UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| In re:<br><br>Lisa Lynn Gravel,<br><br>                    Debtor | Chapter 7<br>Case No. 23-10158 |
|---|---|

## ORDER DENYING APPLICATION FOR WAIVER OF FILING FEE

On August 15, 2023, the debtor filed an application for waiver of the chapter 7 filing fee. [Dkt. No. 2]. In the application, the debtor indicated that she receives "monthly VA disability payments," but she did not specify the amount of those payments. <u>Id.</u> Without this information, the Court cannot determine whether the debtor is eligible for waiver of the filing fee under 28 U.S.C. § 1930(f). The application is therefore DENIED without prejudice. On or before September 1, 2023, the debtor must either (a) pay the filing fee in full or (b) file an application for waiver of the filing fee that specifies the amount of her monthly income.

Date: August 18, 2023

Michael A. Fagone
United States Bankruptcy Judge
District of Maine